United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 20-10891-mdc

Karen Paulk                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 2

Date Rcvd: Mar 24, 2021       Form ID: pdf900         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

**Recip ID            Recipient Name and Address**
db              +   Karen Paulk, 7 Van Horn Place, Southampton, PA 18966-5501

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021            Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:**

**Name                    Email Address**

BRAD J. SADEK
      on behalf of Debtor Karen Paulk brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

JONATHAN WILKES CHATHAM
      on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

MARIO J. HANYON
      on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
      on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
      on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG

District/off: 0313-2                                      User: admin                                         Page 2 of 2
Date Rcvd: Mar 24, 2021                                  Form ID: pdf900                                      Total Noticed: 1

          on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. paeb@fedphe.com

United States Trustee

          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

          on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

          ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Karen Paulk | : | Chapter 13 |
| | : | Case No. 20-10891-MDC |
| Debtor(s) | : | |

### ORDER

     **AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

     It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**
2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,200.00.

**Dated:**   March 24, 2021

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE