# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10891-MDC

KAREN  PAULK

7 VAN HORN PLACE

SOUTHAMPTON, PA 18966-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KAREN  PAULK

    7 VAN HORN PLACE

    SOUTHAMPTON, PA 18966-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                  /S/ Kenneth E. West

Date: 5/26/2022                                       _____

                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee