United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10891-mdc |
| Karen Paulk | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 01, 2022 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Paulk, 7 Van Horn Place, Southampton, PA 18966-5501 |
| 14467220 | + | JP Morgan Chase Bank, NA Mortgage, 3415 Vision Dr, Columbus, OH 43219-6009 |
| 14555582 | ++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102 address filed with court:, Wilmington Savings Fund Society, FSB,, as trustee of Stanwich Mortgage, Loan Trust F, c/o Maria Tsagaris, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14555081 | ++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102 address filed with court:, Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14467221 | + | Phelan Hallinan Diamond and Jones, 1617 JFK blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14559630 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE, LOAN TRUST F, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000P hiladelphia, PA 19106-1538 |
| 14559344 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469893 | | Wilmington Savings Fund Society, FSB, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 02 2022 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14474609 | + | Email/PDF: bncnotices@becket-lee.com | Jul 02 2022 00:17:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14495025 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2022 00:17:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14474610 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2022 00:14:00 | Carrington Mortgage Services, LLC, PO Box 79001, Phoenix, AZ 85062-9001 |
| 14555582 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 02 2022 00:14:00 | Wilmington Savings Fund Society, FSB,, as trustee of Stanwich Mortgage, Loan Trust F, c/o Maria Tsagaris, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14555081 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 02 2022 00:14:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14469369 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2022 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14496567 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2022 00:14:00 | Wilmington Savings Fund Society, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14474612 | | Pennsylvania Department of Revenue |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14474611 | *+ | JP Morgan Chase Bank, NA Mortgage, 3415 Vision Dr, Columbus, OH 43219-6009 |
| 14474613 | *+ | Phelan Hallinan Diamond and Jones, 1617 JFK blvd., Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

**Name** | **Email Address**

BRAD J. SADEK
on behalf of Debtor Karen Paulk brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

JONATHAN WILKES CHATHAM
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| KAREN PAULK | |
| Debtor | Bankruptcy No. 20-10891-MDC |

# ORDER

**AND NOW**, this ___30th___ day of _____June_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
KAREN  PAULK

7 VAN HORN PLACE

SOUTHAMPTON, PA 18966-